FORM 1

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-11007-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | RODRIGUEZ, CRISTINA GRACIELA | Date Filed (f) or Converted (c): | 01/14/2011 (f) |
| For the Period Ending: | 06/30/2011 | §341(a) Meeting Date: | 02/16/2011 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Location: 2109 Nova Village Drive, Davie, FL 33317- Debtor on Title, not on note or Mortgage. | $185,790.00 | $185,790.00 | DA | $0.00 | FA |
| 2 | Office Building, Location: 5220 Davie Road, Davie, FL 33314 | $542,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | Land: Vacant Land, Location: 5220 Davie Road Lot #2, Davie, FL 33314 | $91,000.00 | $0.00 | DA | $0.00 | FA |
| 4 | Land: Vacant Land- Located just north of 5220 Davie Road | $350,666.00 | $0.00 | DA | $0.00 | FA |
| 5 | Location: 1600 SW 131 Terr, Davie, FL | $371,650.00 | $0.00 | DA | $0.00 | FA |
| 6 | Cash on Hand | $50.00 | $0.00 | DA | $0.00 | FA |
| 7 | Checking Account Floridian Community Bank 5599 S. University Drive Davie, FL 33328 | $706.55 | $0.00 | DA | $0.00 | FA |
| 8 | Checking Account Regent Bank 2205 S. University Drive Davie, FL 33324 | $120.91 | $0.00 | DA | $0.00 | FA |
| 9 | Money Market Svgs Acct Floridian Community Bank | $216.99 | $0.00 | DA | $0.00 | FA |
| 10 | Furniture: Bed, Dresser, Mirror, Dining room table w/ 6 chairs, Couch, Chair, Table, TV, Lamoa, Computer, Printer | $600.00 | $0.00 | DA | $0.00 | FA |
| 11 | Misc Books & Pictures | $50.00 | $0.00 | DA | $0.00 | FA |
| 12 | Clothing of No Value Except to Debtor | $20.00 | $0.00 | DA | $0.00 | FA |
| 13 | Misc Costume Jewelry- Sentimental Value Located in Safe Deposit Box @ Regent Bank | $200.00 | $0.00 | DA | $0.00 | FA |
| 14 | Term Life Insurance | $0.00 | $0.00 | DA | $0.00 | FA |
| 15 | First Home Finance Corp- Inactive Corp., Not Operating No Assets. Bank Account @ Regent Bank - $99.78 balance Checking Acct @ BBT (frozen) Checking Acct @ Floridian Comm Bank ($841.41) | $0.00 | $0.00 | | $0.00 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 2

| Case No.: | 11-11007-RBR | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | RODRIGUEZ, CRISTINA GRACIELA | Date Filed (f) or Converted (c): | 01/14/2011 (f) |
| For the Period Ending: | 06/30/2011 | §341(a) Meeting Date: | 02/16/2011 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  American Dream Realty Corp d/b/a Heritage Accounting Svcs Bank Acct @ BBT w/ $6,000.00 (Frozen by BB&T) Bank Acct @ Floridian Community Bank | $0.00 | $0.00 | | $0.00 | $0.00 |
| 17  Exit Realty Prestige (B&B), Inc. Bank Acct @ Regent Oprating Acct @ Regent Comm Acct @ Floridian Comm Bank Operating Acct @ Floridian Comm Bank Office Equipment- Desks/ Chairs/ Computers | $0.00 | $0.00 | | $0.00 | $0.00 |
| 18  Yorkie Terrier 14 years old | $1.00 | $1.00 | DA | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$1,543,071.45    $185,791.00    $0.00    $0.00

---

**Major Activities affecting case closing:**

07/09/2011   CBD:  NONE AT THIS TIME (POSSIBLE NO ASSET CASE)

TAX RETURN:  NOT LIKELY

Only issues are whether the Debtor's businesses have value to the estate.  Trustee investigating.  After investigation complete, Trustee will either NDR case or file a Notice of Assets

| Initial Projected Date Of Final Report (TFR): | 01/14/2012 | Current Projected Date Of Final Report (TFR): | 01/14/2012 | /s/ LESLIE S. OSBORNE |
|---|---|---|---|---|
| | | | | LESLIE S. OSBORNE |