**CGFD28** (9/19/08)



ORDERED in the Southern District of Florida on January 13, 2012

**Raymond B Ray**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 11−11007−RBR

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Cristina Graciela Rodriguez
fka Cristina Rodriguez Sewell, fka Cristina Sewell, fka Cristina Averbuj
5220 SW 64th Ave
Davie, FL 33314

SSN: xxx−xx−9520

## FINAL DECREE

The trustee, Leslie S Osborne, having filed a final report that the estate has been fully administered, is discharged and the case is closed.